**The Law Offices of John L. Burris**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERNANDEZ, et al,<br>     Plaintiffs,<br>vs.<br>CITY OF SACREMENTO, et al,<br>     Defendants. | CASE NO.: 2:17-CV-02311-JAM-DB<br><br>**ORDER FOR PERMISSION TO FILE FIRST AMENDED COMPLAINT**<br><br>**Honorable Judge John Mendez** |

## **ORDER**

IT IS HEREBY ORDERED that Plaintiff's shall file their First Amended Complaint within 5 days of this Order.

IT IS SO ORDERED.


Dated: April 23, 2018     /s/ John A. Mendez_____
               HONORABLE JUDGE JOHN MENDEZ