UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERNANDEZ, et al,<br>                Plaintiffs,<br>vs.<br>CITY OF SACREMENTO, et al,<br>                Defendants. | CASE NO.: 2:17-CV-02311-JAM-DB<br><br>**ORDER FOR PERMISSION TO FILE SECOND AMENDED COMPLAINT**<br><br>**Honorable Judge John Mendez** |

## **ORDER**

IT IS HEREBY ORDERED that Plaintiffs shall file their Second Amended Complaint within 5 days of this Order.

IT IS SO ORDERED.

Dated: July 23, 2018          /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        U.S. DISTRICT COURT JUDGE