**JOHN L. BURRIS, Esq., SBN 69888**
**BENJAMIN NISENBAUM, Esq., SBN 222173**
**MELISSA K. NOLD, Esq., SBN 301378**
**PATRICK M. BUELNA, Esq., SBN 317043**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: BNisenbaum@gmail.com
Email: Melissa.Nold@johnburrislaw.com
Email: Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERNANDEZ, et al, <br><br> Plaintiffs, <br> v. <br><br> CITY OF SACRAMENTO, et al, <br><br> Defendants. | CASE NO.: 2:17-CV-02311-JAM-DB <br><br> **STIPULATION AND ORDER DISMISSING DEFENDANT THOMAS PANGELINIAN WITH PREJUDICE (FRCP 41(a))** |

## STIPULATION DISMISSING DEFENDANT PANGELINIAN

Pursuant to FRCP 41(a) the parties to the above-entitled action hereby stipulate to the dismissal of Defendant THOMAS PANGELINIAN with prejudice, each side to bear its own fees and costs.

Respectfully submitted,

LAW OFFICES OF JOHN L. BURRIS

DATED: March 18, 2019     By: _/s/Ben Nisenbaum_
Benjamin Nisenbaum
Attorney for Plaintiffs


SUSAN ALCALA WOOD, CITY ATTORNEY

DATED: March 18, 2019     By: _/s/Chance L. Trimm_
Chance L. Trimm
Sr. Deputy City Attorney
Attorney for Defendants

## ORDER

PURSUANT TO STIPULATION, Defendant THOMAS PANGELINIAN is hereby dismissed from the above-entitled action with prejudice, pursuant to FRCP 41(a). Each side shall bear its own fees and costs.

IT IS SO ORDERED.

DATED: 3/18/2019     /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE