**JOHN L. BURRIS, Esq., SBN 69888**
**BENJAMIN NISENBAUM, Esq., SBN 222173**
**MELISSA K. NOLD, Esq., SBN 301378**
**PATRICK M. BUELNA, Esq., SBN 317043**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone:   (510) 839-5200
Facsimile:   (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: BNisenbaum@gmail.com
Email: Melissa.Nold@johnburrislaw.com
Email: Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERNANDEZ, et al, <br><br> Plaintiffs, <br> v. <br><br> CITY OF SACRAMENTO, et al, <br><br> Defendants. | CASE NO.:  2:17-CV-02311-JAM-DB <br><br> **NOTICE OF SETTLEMENT; STIPULATION AND ORDER VACATING DATES** |

WHEREAS, today the parties reached a global settlement in this matter. With Pre-Trial filings due today, April 24, 2019, further Pre-Trial Filings due May 29 and 31, and Trial set for March 3, 2019, the parties respectfully request that all pending dates be vacated, with a status conference set for approximately 60 days at the Court's convenience for execution of the settlement.

IT IS SO STIPULATED.

Respectfully submitted,

LAW OFFICES OF JOHN L. BURRIS

DATED: May 24, 2019           By: */s/Ben Nisenbaum*
                              Benjamin Nisenbaum
                              Attorney for Plaintiffs


SUSAN ALCALA WOOD, CITY ATTORNEY

DATED: May 24, 2019           By: */s/Chance L. Trimm*
                              Chance L. Trimm
                              Sr. Deputy City Attorney
                              Attorney for Defendants

## ORDER

PURSUANT TO STIPULATION, all pending dates in this action are vacated. The parties shall notify the Court within 60 days if they have not been able to fully-execute the settlement agreement. Upon execution of the settlement agreement, the parties shall execute a stipulated dismissal pursuant to FRCP 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: 5/28/2019              /s/ John A. Mendez
                              JOHN A. MENDEZ
                              UNITED STATES DISTRICT JUDGE