

JOHN L. BURRIS, Esq., SBN 69888
BEN NISENBAUM, Esq., SBN 250055
MELISSA C. NOLD, Esq., SBN
PATRICK M. BUELNA, Esq., SBN 317043
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200 Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
BNisenbaum@gmail.com
Melissa.Nold@johnburrislaw.com
Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERNANDEZ, et al. | Case No. 2:17-cv-02311-JAM-DB |
| Plaintiffs, | **PETITION APPOINTING GUARDIAN AD LITEM AND APPROVING SETTLEMENT AND ORDER** |
| vs. | |
| CITY OF SACRAMENTO, et al. | Courtroom 6, 14th Floor |
| Defendants. | Hon. John A. Mendez |

Petitioner HERB THOMAS respectfully represents:

1.      I am a California Licensed Professional Fiduciary and Registered Guardian. I own and operate Herb Thomas and Associates, Fiduciary Services, which I founded in 2004. I have extensive experience in financial planning, insurance and fiduciary responsibility. My Curricula Vitae, attached as Exhibit A hereto, accurately summarizes my experience, education, and licensing. I have worked extensively in assisting clients navigating the complexities of personal finance and public benefits. I have extensive experience in particular working with plaintiffs whose recoveries in

1   civil lawsuits may potentially impact public benefits they receive. To that end, pursuant to my

2   qualifications, I provide services as the trustee of special needs trusts on behalf of Plaintiffs like John

3   Hernandez, who receive public benefits. I also act as a Guardian Ad Litem pursuant to my

4   qualifications where a plaintiff is disabled and lacks competency to make their own legal decisions.

5   In some cases, I have been both the Guardian Ad Litem and the trustee of special needs trusts for the

6   same plaintiff.

7       2.      I became involved in this matter at the request of Plaintiff John Hernandez's attorneys,

8   John Burris, Ben Nisenbaum, Melissa Nold and Patrick Buelna. I have become familiar with the

9   facts of Mr. Hernandez's case, as well as his well-documented disability. I have also reviewed the

10  settlement offered in this action to Mr. Hernandez, the monetary component of which is a

11  $5,000,000.00 payment from the City of Sacramento. Should supplemental medical or psychiatric

12  care be necessary for Mr. Hernandez, I would act as trustee for a special needs trust for Mr.

13  Hernandez to provide for such supplemental care.

14      3.      Mr. Hernandez alleges causes of action against the named defendants herein for

15  violations of his Fourth Amendment Rights under Federal and California law.

16      4.      Plaintiffs' causes of action arise out an incident which occurred on March 6, 2017, in

17  which Defendants officers beat, tased and asphyxiated Mr. Hernandez, resulting in serious injuries.

18      5.      No previous petition for appointment of guardian ad litem has been filed in this matter.

19      6.      I am willing to serve as Mr. Hernandez's Guardian Ad Litem. I am fully competent to

20  understand and protect the rights of Mr. Hernandez and have no interest adverse to that of Hernandez.

21      7.      I request that I be appointed guardian ad litem for Mr. Hernandez, as denoted above,

22  to prosecute the above-described causes of action on behalf of Mr. Hernandez, as denoted above, and

23  for such other relief as the Court may deem just and proper.

24      8.      I am aware that both John Hernandez's biological mother and caretaker, as well as his

25  separated wife, Jennifer Hernandez, approve of the proposed settlement and special needs trust.

26      9.      The proposed settlement of the case has a global settlement of $5,200,000.00 to be

27  paid by the City of Sacramento to satisfy Mr. Hernandez and his daughter, H.E.'s claims for injury

28  and all costs and attorneys' fees, and other non-monetary provisions described above in paragraph 2.

The parties, H.E. and John Hernandez, have agreed to apportion $5,000,000 for John Hernandez's injuries and future medical costs, and $200,000 for H.E.'s loss of her familial relationship to her father, John Hernandez The settlement shall be paid as follows:

        a.     Attorney fees for Mr. Hernandez shall be 45% of her total gross recovery, in the amount of $2,250,000.00, pursuant to the contingency fee agreement in this case. In addition, Plaintiff's counsel shall recover the litigation costs advanced in advancing Mr. Hernandez's case. The fees and costs include all attorney's fees and costs incurred by Plaintiff's instant counsel, the Law Offices of John L. Burris.

        b.     Plaintiffs' counsel shall recover litigation costs advanced in prosecuting this action as set forth below:

        Total amount of litigation costs = $218,124.84

        c.     Mr. Hernandez's net recovery is in the amount of $2,531,875.16.

        d.     From Mr. Hernandez's net settlement, $1,250,000.00 shall be placed in a structured settlement as set forth in confidential, sealed Exhibit B attached hereto. The settlement shall be disbursed according to the terms of the structured settlement proposal, subject to annuity rates at the time of purchase. A special-needs trust shall be created for Mr. Hernandez. The remaining $1,281,875.16 of Mr. Hernandez's recovery shall be placed in the special needs trust, and all payments from the structured settlement shall be paid into the special needs trust. I will administer the special needs trust as trustee.

10.     This petition was prepared by the Law Offices of John L. Burris, the lead counsel representing plaintiff in this action. Benjamin Nisenbaum, Esq. of Law Offices of John L. Burris also represents plaintiff and is in agreement with the terms of this Petition. John L. Burris, Esq. and Benjamin Nisenbaum, Esq. hereby represent to the Court that they became involved in this case at the request of plaintiff, and have not received, and do not expect to receive any compensation for their services in connection with this action from any person other than the parties whom they represent in this action. The Counsels of Record for Plaintiff have reviewed and recommend this settlement and appointment as well.

11.     Petitioner and his counsel have made a careful and diligent inquiry and investigation to ascertain the facts relating to the subject incidents, the responsibility therefore, and the nature and extent of injury to Mr. Hernandez, and fully understand that if the compromise herein proposed is approved by the Court and is consummated, Mr. Hernandez will be forever barred and prevented from seeking any further recovery of compensation as against all Defendants in this action, even if her losses and injuries might in the future prove to be more serious than they are now thought to be.

12.     Petitioner recommends this compromise settlement to the Court as being fair, reasonable, and in the best interests of said incompetent plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2019

_____
Herb Thomas

## ORDER

Plaintiffs Petition to Appoint HERB THOMAS as the guardian ad litem of JOHN HERNANDEZ, in the instant matter is hereby Granted.

The Court hereby approves the settlement according to the terms set forth in the instant petition to approve the settlement of Plaintiff's claims.

IT IS SO ORDERED.

Dated: July 8, 2019

_____
Hon. John A. Mendez
UNITED STATES DISTRICT JUDGE

Petition to Appoint Guardian Ad Litem and Approve Settlement.

4

# EXHIBIT A

## Professional Vitae

Herb Thomas, CLPF #86

875-A Island Drive, #387, Alameda, CA 94502-6768

(510) 749-8358    herb@herbthomas.com,    www.herbthomas.com

Before starting Herb Thomas and Associates, Fiduciary Services, I served as the developer and coordinator of the Kaiser Permanente (KP), East Bay Community Benefits Advocacy program. The goal of this program was to find innovative methods to subsidize KP's members' health care costs through the complex webs of public and employee benefits (e.g., Medi-Cal. COBRA, HIPPA, etc.). Through this position, I also functioned as the key benefits liaison/educator between KP - and Federal, State, County, and private agencies on public insurance /benefits issues. Due to the success of the program, which saved Kaiser Permanente hundreds of thousands of dollars per year, I directed other Northern Kaiser Permanente service areas in implementing a copy of his program in their service areas.

Through my work for Kaiser Permanente, I realized the need for understanding the financial position of clients so I returned to the classroom to earn certificates in financial planning, insurance, and fiduciary responsibility. As a private fiduciary with an expert knowledge of public benefits, I started Herb Thomas and Associates Fiduciary Services in 2004. Since its inception I have served numerous attorneys, private clients, and financial planners as an entity who understands the interaction of personal finances and public benefits.

Additionally, previously to my work in public benefits I served seven years as taxpayer delinquency investigator with the Internal Revenue Service. In this position I located taxpayers who had not filed federal income tax returns and assisted them with becoming compliant with federal regulations.

## Education

- Certificate in Professional Fiduciary Management for Conservators, California State University, Fullerton, Spring 2003.

- Certificate in Professional Fiduciary Management for Trustees, California State University, Fullerton, Spring 2003.

- Bachelors of Science, Health Sciences, San Francisco State University, Spring 1999.

- Recipient: Woodrow Wilson Program in Public Policy and International Affairs Fellowship, Princeton University, Summer 1996.

**Professional Skills**

- Fiduciary training in investment strategies (e.g., asset allocation, diversity, retirement funds, real estate, and business investments, etc.).

- Expert knowledge of public and private benefits/entitlement programs (e.g., Medi-Cal, Social Security, State Disability, Medicare, HIPPA, etc.).

- Ability to analyze and present medical, financial, and historical information that builds, supports, or defends clients' disability claims.

- Excellent interpersonal, negotiation, and communication skills.

- Persuasive public speaker and trainer. Insightful and process oriented facilitator.

**Licenses and Certification**

- California Licensed Professional Fiduciary, #86
- Registered Guardian

**Professional Memberships**

- American Society on Aging
- Financial Planning Association
- Professional Fiduciary Association of California
- National Guardianship Foundation
- National Organization of Social Security Claimants' Representatives

**Community Service**

- San Francisco Suicide Prevention
- East Bay Self Sufficiency Program
- Board Member of Legal Assistance for Seniors

# EMPLOYMENT HISTORY

| | |
|---|---|
| Benefits Coordinator | Kaiser Permanente, East Bay Customer Service Area 1999- 2005 |
| Tax Examiner | Internal Revenue Service 1988 - 1995 |

# EXHIBIT A

# Robert W. Johnson & Associates
FORENSIC ECONOMISTS

May 29, 2019

Mr. Ben Nisenbaum
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621

Re: John Hernandez Structured Settlement Proposals

Dear Mr. Nisenbaum:

I would like to congratulate you and Mr. Burris on settling the John Hernandez matter.

Pursuant to your request, please find attached the **preliminary** structured settlement Proposals for Mr. Hernandez.

The Proposals consist of the following payouts:

- Lifetime monthly payments with a 30-year guarantee
- Lifetime monthly payments with a 30-year guarantee and 3% COLA

I am using Metropolitan Life (A.M. Best rating of A+/XV) for these Proposals. The Proposals uses a purchase date of August 1, 2019 and a premium cost of $1,250,000. I am also including the tax equivalent yield assuming a 28% tax bracket.

Please see Proposals below:

|  | Guaranteed Payout | Expected Payout |
|---|---|---|
| **Proposal I: Life & 30 Years** | | |
| $4,461.98 payable monthly for life, guaranteed for 30 years beginning 9/1/2019, with the last guaranteed payment on 8/1/2049. | $1,606,313 | $2,360,387 |
| **Totals** | **$1,606,313** | **$2,360,387** |

Internal Rate of Return: 3.32%
Tax Equivalent Yield: 4.61%

|  | Guaranteed Payout | Expected Payout |
|---|---|---|
| **Proposal II: Life & 30 Years & 3% COLA** | | |
| $2,548.06 payable monthly for life, guaranteed for 30 years beginning 9/1/2019, increasing at a rate of 3.0% compounded annually, with the last guaranteed payment on 8/1/2049. | $1,454,700 | $2,732,163 |
| **Totals** | **$1,454,700** | **$2,732,163** |

Internal Rate of Return: 3.28%
Tax Equivalent Yield: 4.56%

A structured settlement provides a unique opportunity to receive an award and any interest earned **tax-free**. They also can provide the following benefits:

- Unlimited payment options
- Lifetime payments
- Guaranteed payment option
- Avoids dissipation
- No ongoing management fees
- Judgment proof
- Insurance carriers with financial strength ratings of A+ or better
- Insurance carriers with 50 to 150 years of investment experience

Please note that these are **preliminary** proposals to hopefully give you an idea for budgeting purposes. Once you have an idea on the direction you would like to take, I will perform a full market survey using Mr. Hernandez's rated ages. This allows the carriers to compete for your business and hopefully can enhance your payouts.

Structured settlements are subject to changes in financial markets. This analysis shows the cost of your settlement on 5/29/2019. Structured settlement quotes are often good for 5 to 10 days, even though they cannot be guaranteed until they are locked in. Please feel free to contact me with any questions or if you would like to see additional proposals. Thank you.

Sincerely,

Horacio Lleverino
*CA Insurance License No. 0C04363*

# MetLife

## Settlement Planners, Inc.

4984 El Camino Real, Suite 210
Los Altos, California 94022
(650)494-2413

## Settlement Proposal for: John Hernandez (Life & 30)

| | | | | |
|---|---|---|---|---|
| Owner State : | Delaware (0.00% tax) | | Quote Date: | 05/29/2019 |
| Rate Series: | RB190401 | | Purchase Date: | 08/01/2019 |
| Rates Effective: | 04/01/2019 | | Expiration Date: | 06/05/2019 |
| Case Type: | Assigned | | | |

| For : John Hernandez | | | Male, Date of Birth: 02/10/1983, Age: 36 |
|---|---|---|---|

| Benefit Description | Guaranteed Benefit | Expected Benefit | Cost |
|---|---|---|---|
| Life with Certain Period Annuity - $4,461.98 for life, payable monthly, guaranteed for 30 year(s), beginning on 09/01/2019, with the last guaranteed payment on 08/01/2049. | $1,606,312.80 | $2,360,387.42 | $1,249,250.00 |
| Subtotal For: John Hernandez | $1,606,312.80 | $2,360,387.42 | $1,249,250.00 |

### SUMMARY INFORMATION

| | Guaranteed Benefit | Expected Benefit | Cost | IRR |
|---|---|---|---|---|
| ANNUITY COST | | | $1,249,250.00 | |
| Assignment Fee | | | $750.00 | |
| TOTAL ANNUITY COST W/ FEES | $1,606,313 | $2,360,387 | $1,250,000.00 | 3.32% |
| Case IRR 3.32% | | | | |

*The life expectancy used for this quote assumes an average life expectancy for all persons of the age illustrated. The life expectancy is based on standard actuarial assumptions.*

# MetLife

Settlement Planners, Inc.

4984 El Camino Real, Suite 210
Los Altos, California 94022
(650)494-2413

## Settlement Proposal for:  John Hernandez (Life & 30 & 3%)

| | | | |
|---|---|---|---|
| Owner State : | Delaware  (0.00% tax) | Quote Date: | 05/29/2019 |
| Rate Series: | RB190401 | Purchase Date: | 08/01/2019 |
| Rates Effective: | 04/01/2019 | Expiration Date: | 06/05/2019 |
| Case Type: | Assigned | | |

| For : John Hernandez | Male, Date of Birth: 02/10/1983, Age: 36 |
|---|---|

| Benefit Description | Guaranteed Benefit | Expected Benefit | Cost |
|---|---|---|---|
| **Life with Certain Period Annuity** - $2,548.06 for life, payable monthly, guaranteed for 30 year(s), beginning on 09/01/2019, increasing at a rate of 3.00% compounded annually, with the last guaranteed payment on 08/01/2049. | $1,454,700.00 | $2,732,163.12 | $1,249,250.00 |
| **Subtotal For:  John Hernandez** | **$1,454,700.00** | **$2,732,163.12** | **$1,249,250.00** |

### SUMMARY INFORMATION

| | Guaranteed Benefit | Expected Benefit | Cost | IRR |
|---|---|---|---|---|
| ANNUITY COST | | | $1,249,250.00 | |
| Assignment Fee | | | $750.00 | |
| TOTAL ANNUITY COST W/ FEES | $1,454,700 | $2,732,163 | $1,250,000.00 | 3.28% |
| Case IRR 3.28% | | | | |

*The life expectancy used for this quote assumes an average life expectancy for all persons of the age illustrated.  The life expectancy is based on standard actuarial assumptions.*

*This quote is pre-approved by MetLife even though the normal guidelines are not satisfied.*

Quote ID:  John Hernandez (Life & 30 & 3%)
Prepared by:  Horacio Lleverino

May 29, 2019
Page 1 of 1

Settlement Planners, Inc.
MetLife Version v10.00/r10.00

 **MetLife**

Settlement Planners, Inc.
4984 El Camino Real, Suite 210
Los Altos, California 94022
(650)494-2413

### Annual Summary of Benefits for:
### John Hernandez

| | | | | |
|---|---|---|---|
| Owner State : | Delaware  (0.00% tax) | Quote Date: | 05/29/2019 |
| Rate Series | RB190401 | Purchase Date: | 08/01/2019 |
| Rates Effective: | 04/01/2019 | Expiration Date: | 06/05/2019 |
| Case Type: | Assigned | | |

| Period Beginning | Period End | Age @ Beg. Yr. | Guaranteed Benefit | Benefit Paid If Alive | Total Benefit For Period | Cumulative Benefit |
|---|---|---|---|---|---|---|
| 09/01/2019 | 08/31/2020 | 37 | $30,576.72 | $0.00 | $30,576.72 | $30,576.72 |
| 09/01/2020 | 08/31/2021 | 38 | 31,494.00 | 0.00 | 31,494.00 | 62,070.72 |
| 09/01/2021 | 08/31/2022 | 39 | 32,438.88 | 0.00 | 32,438.88 | 94,509.60 |
| 09/01/2022 | 08/31/2023 | 40 | 33,411.96 | 0.00 | 33,411.96 | 127,921.56 |
| 09/01/2023 | 08/31/2024 | 41 | 34,414.32 | 0.00 | 34,414.32 | 162,335.88 |
| 09/01/2024 | 08/31/2025 | 42 | 35,446.80 | 0.00 | 35,446.80 | 197,782.68 |
| 09/01/2025 | 08/31/2026 | 43 | 36,510.24 | 0.00 | 36,510.24 | 234,292.92 |
| 09/01/2026 | 08/31/2027 | 44 | 37,605.48 | 0.00 | 37,605.48 | 271,898.40 |
| 09/01/2027 | 08/31/2028 | 45 | 38,733.72 | 0.00 | 38,733.72 | 310,632.12 |
| 09/01/2028 | 08/31/2029 | 46 | 39,895.68 | 0.00 | 39,895.68 | 350,527.80 |
| 09/01/2029 | 08/31/2030 | 47 | 41,092.56 | 0.00 | 41,092.56 | 391,620.36 |
| 09/01/2030 | 08/31/2031 | 48 | 42,325.32 | 0.00 | 42,325.32 | 433,945.68 |
| 09/01/2031 | 08/31/2032 | 49 | 43,595.04 | 0.00 | 43,595.04 | 477,540.72 |
| 09/01/2032 | 08/31/2033 | 50 | 44,902.92 | 0.00 | 44,902.92 | 522,443.64 |
| 09/01/2033 | 08/31/2034 | 51 | 46,250.04 | 0.00 | 46,250.04 | 568,693.68 |
| 09/01/2034 | 08/31/2035 | 52 | 47,637.48 | 0.00 | 47,637.48 | 616,331.16 |
| 09/01/2035 | 08/31/2036 | 53 | 49,066.68 | 0.00 | 49,066.68 | 665,397.84 |
| 09/01/2036 | 08/31/2037 | 54 | 50,538.60 | 0.00 | 50,538.60 | 715,936.44 |
| 09/01/2037 | 08/31/2038 | 55 | 52,054.80 | 0.00 | 52,054.80 | 767,991.24 |
| 09/01/2038 | 08/31/2039 | 56 | 53,616.48 | 0.00 | 53,616.48 | 821,607.72 |
| 09/01/2039 | 08/31/2040 | 57 | 55,224.96 | 0.00 | 55,224.96 | 876,832.68 |
| 09/01/2040 | 08/31/2041 | 58 | 56,881.68 | 0.00 | 56,881.68 | 933,714.36 |
| 09/01/2041 | 08/31/2042 | 59 | 58,588.20 | 0.00 | 58,588.20 | 992,302.56 |
| 09/01/2042 | 08/31/2043 | 60 | 60,345.84 | 0.00 | 60,345.84 | 1,052,648.40 |
| 09/01/2043 | 08/31/2044 | 61 | 62,156.16 | 0.00 | 62,156.16 | 1,114,804.56 |
| 09/01/2044 | 08/31/2045 | 62 | 64,020.84 | 0.00 | 64,020.84 | 1,178,825.40 |
| 09/01/2045 | 08/31/2046 | 63 | 65,941.44 | 0.00 | 65,941.44 | 1,244,766.84 |
| 09/01/2046 | 08/31/2047 | 64 | 67,919.76 | 0.00 | 67,919.76 | 1,312,686.60 |
| 09/01/2047 | 08/31/2048 | 65 | 69,957.36 | 0.00 | 69,957.36 | 1,382,643.96 |
| 09/01/2048 | 08/31/2049 | 66 | 72,056.04 | 0.00 | 72,056.04 | 1,454,700.00 |

# Proposal II

*The life expectancy used for this quote assumes an average life expectancy for all persons of the age illustrated  The life expectancy is based on standard actuarial assumptions.*

Quote ID:  John Hernandez (Life & 30 & 3%)
Prepared by:  Horacio Lleverino

May 29, 2019
Page 1 of 2

Settlement Planners, Inc.
MetLife Version v10.00/r10.00

 **MetLife**

# Settlement Planners, Inc.

4984 El Camino Real, Suite 210
Los Altos, California 94022
(650)494-2413

## Annual Summary of Benefits for:
## John Hernandez

| | | | | | |
|---|---|---|---|---|---|
| Owner State : | Delaware  (0.00% tax) | | | Quote Date: | 05/29/2019 |
| Rate Series: | RB190401 | | | Purchase Date: | 08/01/2019 |
| Rates Effective: | 04/01/2019 | | | Expiration Date: | 06/05/2019 |
| Case Type: | Assigned | | | | |

| Period Beginning | Period End | Age @ Beg. Yr. | Guaranteed Benefit | Benefit Paid If Alive | Total Benefit For Period | Cumulative Benefit |
|---|---|---|---|---|---|---|
| 09/01/2049 | 08/31/2050 | 67 | 0.00 | 74,217.72 | 74,217.72 | 1,528,917.72 |
| 09/01/2050 | 08/31/2051 | 68 | 0.00 | 76,444.20 | 76,444.20 | 1,605,361.92 |
| 09/01/2051 | 08/31/2052 | 69 | 0.00 | 78,737.64 | 78,737.64 | 1,684,099.56 |
| 09/01/2052 | 08/31/2053 | 70 | 0.00 | 81,099.72 | 81,099.72 | 1,765,199.28 |
| 09/01/2053 | 08/31/2054 | 71 | 0.00 | 83,532.72 | 83,532.72 | 1,848,732.00 |
| 09/01/2054 | 08/31/2055 | 72 | 0.00 | 86,038.68 | 86,038.68 | 1,934,770.68 |
| 09/01/2055 | 08/31/2056 | 73 | 0.00 | 88,619.88 | 88,619.88 | 2,023,390.56 |
| 09/01/2056 | 08/31/2057 | 74 | 0.00 | 91,278.48 | 91,278.48 | 2,114,669.04 |
| 09/01/2057 | 08/31/2058 | 75 | 0.00 | 94,016.76 | 94,016.76 | 2,208,685.80 |
| 09/01/2058 | 08/31/2059 | 76 | 0.00 | 96,837.24 | 96,837.24 | 2,305,523.04 |
| 09/01/2059 | 08/31/2060 | 77 | 0.00 | 99,742.44 | 99,742.44 | 2,405,265.48 |
| 09/01/2060 | 08/31/2061 | 78 | 0.00 | 102,734.64 | 102,734.64 | 2,508,000.12 |
| 09/01/2061 | 08/31/2062 | 79 | 0.00 | 105,816.72 | 105,816.72 | 2,613,816.84 |
| 09/01/2062 | 08/31/2063 | 80 | 0.00 | 108,991.20 | 108,991.20 | 2,722,808.04 |
| 09/01/2063 | 08/31/2064 | 81 | 0.00 | 9,355.08 | 9,355.08 | 2,732,163.12 |
| **Subtotals:** | | | **$1,454,700.00** | **$1,277,463.12** | **$2,732,163.12** | |

*The life expectancy used for this quote assumes an average life expectancy for all persons of the age illustrated. The life expectancy is based on standard actuarial assumptions.*