

FILED

JUL 08 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

JOHN L. BURRIS, Esq., SBN 69888
BEN NISENBAUM, Esq., SBN 250055
MELISSA C. NOLD, Esq., SBN 301378
PATRICK M. BUELNA, Esq., SBN 317043
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200 Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
BNisenbaum@gmail.com
Melissa.Nold@johnburrislaw.com
Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERNANDEZ, et al., | Case No.: 2:17-cv-02311-JAM-DB |
| Plaintiffs, | PETITION TO JENNIFER HERNANDEZ AS MINOR H.E.'S GUARDIAN AD LITEM AND TO COMPROMISE MINOR H.E.'S CLAIMS |
| v. | |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | Honorable Judge John A. Mendez |

Petitioner JENNIFER HERNANDEZ respectfully represents and requests:

1. Petitioner JENNIFER HERNANDEZ is biological mother and caretaker of minor Plaintiff H.E.

1

2. Minor Plaintiff has causes of action against the named defendants herein on which a lawsuit was brought in this court for violation of civil rights under Federal and State statutes.

3. Minor Plaintiff's causes of action arise out of the March 6, 2017 incident wherein named Defendants chased unarmed John Hernandez from the front of a convenience store into a hospital hallways, beat, tased and asphyxiated him. The minor Plaintiff H.E. sustained the damages described in the operative Complaint, including the loss of her familial relationship to her father. There are no outstanding liens or loans related to this incident.

4. No previous petition for appointment of guardian ad litem with respect to the Minor has been filed in this matter.

5. Petitioner is willing to serve as the Minor's Guardian Ad Litem as denoted above. Petitioner is fully competent to understand and protect the rights of the Minor.

6. Plaintiff John Hernandez and Plaintiff H.E. reached have reached a global settlement in this matter in the amount of $5,200,000.00 for the two plaintiffs. The parties agreed amongst themselves to apportion the settlement as follows: $5,000,000 for John Hernandez for his injuries and future medical costs; and, $200,000 for Plaintiff H.E.'s loss of her familial relationship with her father, John Hernandez. Jennifer Hernandez as guardian ad litem for H.E. approved of this settlement and apportionment. Minor Plaintiff H.E.'s shares will be structured as set forth below.

| | | |
|---|---|---|
| Plaintiff H.E.: | $ | 200,000.00 |
| Attorneys fees (25%): | $ | -50,000.00 |

Plainitff H.E.'s net recovery    $150,000.00

7. From the net recovery $100,000 will be placed in a structured settlement account. (See attached as Exhibit A). The remaining $ 50,000.00 shall be placed in separate interest-bearing blocked trust at an FDIC insured banking institution for the benefit of Minor Plaintiff H.E. Every year on her father's birthday, February 10. there will be disbursed $3,000 to Plaintiff H.E. from the blocked account. Plaintiff is 10 years old now, so over the next 7 years approximately $21,000 will be disbursed. The remaining balance in the blocked account shall be payable to Minor Plaintiff H.E. on her 18th birthday.

8. This petition was prepared by the Law Offices of John L. Burris, John Burris, Ben Nisenbaum, Melissa Nold and Patrick Buelna the lead counsels representing plaintiffs in this action. John L. Burris, Esq., Ben Nisenbaum, Esq., Melissa C. Nold, and Patrick M. Buelna, Esq. hereby represent to the Court that they became involved in this case at the request of plaintiffs, and have not received, and do not expect to receive any compensation for their services in connection with this action from any person other than the parties whom they represent in this action. The Counsels of Record for Plaintiff have reviewed and recommend this settlement and appointment as well.

9. Petitioners and their counsel have made a careful and diligent inquiry and investigation to ascertain the facts relating to the subject incidents, the responsibility therefore, and the nature and extent of injury to the minor plaintiff, and fully understand that if the compromise herein proposed is approved by the Court and is consummated, said minor plaintiff will be forever barred and prevented from seeking any further recovery of compensation as

against defendants City of Sacramento, et al., in this action, even if said minor's losses and injuries might in the future prove to be more serious than they are now thought to be.

10. Petitioner recommends this compromise settlement to the Court as being fair, reasonable, and in the best interests of said minor plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 1, 2019          **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ Ben Nisenbaum
Ben Nisenbaum
Attorneys for Plaintiffs

4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOHN HERNANDEZ, et al., | CASE NO.: 2:17-cv-02311-JAM-DB |
|---|---|
| Plaintiffs, | PLAINTIFFS [PROPOSED] ORDER TO APPOINT JENNIFER HERNDANEZ AS GUARDIAN AD LITEM AND APPROVE MINOR H.E.'S COMPROMISE |
| v. | |
| CITY OF SACRAMENTO, et al. | Honorable Judge John A. Mendez |
| Defendants. | |

## [PROPOSED] ORDER

The petition of JENNIFER HERNDANDEZ ("Petitioner") for appointment of Guardian ad litem and for the approval of the proposed compromise of minor H.E. (date of birth 2002) claim against defendants CITY OF SACRAMENTO, et al., (hereinafter collectively referred to as "Payors"). Upon the evidence introduced, the court finds that the facts set forth in said petition are correct and that it is in the best interests of the Minor that said claim be compromised and settled for the amount stated in the petition and that the proceeds of such settlement be paid, distributed, and deposited in the manner hereinafter specifically provided.

IT IS THEREFORE ORDERED:

    A. **JENNIFER HERNANDEZ** is hereby appointed Guardian Ad Litem to prosecute and compromise the claims of Minors H.E. in this action.

    B. That Payors will issue checks in the total amount of $200,000.00 (Two Hundred Thousand Dollars and Zero Cents) to settle the claims of the Plaintiff H.E.. That Plaintiff H.E. will receive an apportionment of $200,000 of the total settlement consistent with the parties' agreement between themselves.

C. Upon court approval, the Law Offices of John L. Burris shall disburse the settlement proceeds as follows:

The Court hereby approves the Petition to Compromise Minor H.E., and orders as follows:

1. Payment of Fees and Expenses on Behalf of Minor, K.J.C.

   a. Attorney's fees payable to the Law Offices of John L. Burris: $50,000.00.

2. Balance

From the net recovery $100,000 will be placed in a structured settlement account. (See attached as Exhibit A). The remaining $ 50,000.00 shall be placed in separate interest-bearing blocked trust at an FDIC insured banking institution for the benefit of Minor Plaintiff H.E. Every year on her father's birthday, February 10, there will be disbursed $3,000 to Plaintiff H.E. from the blocked account. Plaintiff is 10 years old now, so over the next 7 years approximately $21,000 will be disbursed. The remaining balance in the blocked account shall be payable to Minor Plaintiff H.E. on her 18th birthday.

DATED: July 8, 2019

HONORABLE JOHN A. MENDEZ
United States District Court Judge

6

# EXHIBIT A

# Robert W. Johnson & Associates
FORENSIC ECONOMISTS

May 29, 2019

Mr. Ben Nisenbaum
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621

Re: Hayden Hernandez Structured Settlement Proposals

Dear Mr. Nisenbaum:

I would like to congratulate you and Mr. Burris on settling the John Hernandez matter.

Pursuant to your request, please find attached the **preliminary** structured settlement Proposals for Hayden Hernandez.

The Proposals consist of the following payouts:

- College fund with lump sum payments at ages 18, 22 and 25
- Monthly stipend from ages 22 to 30 with lump sum payments at ages 18, 22 and 25
- Lump sum payments at ages 18, 22, 25 and 30

I am using Metropolitan Life (A.M. Best rating of A+/XV) for these Proposals. The Proposals uses a purchase date of August 1, 2019 and a premium cost of $100,000. I am also including the tax equivalent yield assuming a 28% tax bracket.

Please see Proposals below:

4984 El Camino Real • Suite 210 • Los Altos, CA 94022 • 800 / 541-7435 • 650 / 494-2413 • Fax 650 / 494-2454
Website: www.rwja.com

|  | Guaranteed Payout | Expected Payout |
|---|---|---|
| **Proposal I: College Fund & Lump Sum Pmts** | | |
| $15,000.00 payable annually, guaranteed for 4 years beginning 5/29/2027, with the last guaranteed payment on 5/29/2030. | $ 60,000 | $ 60,000 |
| Guaranteed Lump Sum of $10,000 at age 18 | $ 10,000 | $ 10,000 |
| Guaranteed Lump Sum of $25,000 at age 22 | $ 25,000 | $ 25,000 |
| Guaranteed Lump Sum of $45,662 at age 25 | $ 45,662 | $ 45,662 |
| **Totals** | **$140,662** | **$140,662** |

Internal Rate of Return: 3.05%
Tax Equivalent Yield: 4.24%

|  | Guaranteed Payout | Expected Payout |
|---|---|---|
| **Proposal II: Monthly Stipend & Lump Sum Pmts** | | |
| $750.00 payable monthly, guaranteed for 8 years beginning 5/29/2031, with the last guaranteed payment on 4/29/2039. | $ 72,000 | $ 72,000 |
| Guaranteed Lump Sum of $10,000 at age 18 | $ 10,000 | $ 10,000 |
| Guaranteed Lump Sum of $25,000 at age 22 | $ 25,000 | $ 25,000 |
| Guaranteed Lump Sum of $49,973 at age 25 | $ 49,973 | $ 49,973 |
| **Totals** | **$156,973** | **$156,973** |

Internal Rate of Return: 3.22%
Tax Equivalent Yield: 4.47%

### Proposal III: Lump Sum Payments

| | | |
|---|---|---|
| Guaranteed Lump Sum of $10,000 at age 18 | $ 10,000 | $ 10,000 |
| Guaranteed Lump Sum of $25,000 at age 22 | $ 25,000 | $ 25,000 |
| Guaranteed Lump Sum of $50,000 at age 25 | $ 50,000 | $ 50,000 |
| Guaranteed Lump Sum of $84,559 at age 30 | $ 84,559 | $ 84,559 |
| **Totals** | **$169,559** | **$169,559** |

Internal Rate of Return: 3.31%
Tax Equivalent Yield: 4.60%

A structured settlement provides a unique opportunity to receive an award and any interest earned **tax-free**. They also can provide the following benefits:

- Unlimited payment options
- Lifetime payments
- Guaranteed payment option
- Avoids dissipation
- No ongoing management fees
- Judgment proof
- Insurance carriers with financial strength ratings of A+ or better
- Insurance carriers with 50 to 150 years of investment experience

Please note that these are **preliminary** proposals to hopefully give you an idea what makes most sense for Hayden. Once you have an idea on the direction you would like to take, I will perform a full market survey. This allows the carriers to compete for your business and hopefully can enhance your payouts.

Structured settlements are subject to changes in financial markets. This analysis shows the cost of your settlement on 5/29/2019. Structured settlement quotes are often good for 5 to 10 days, even though they cannot be guaranteed until they are locked in. Please feel free to contact me with any questions or if you would like to see additional proposals. Thank you.

Sincerely,

Horacio Lleverino
*CA Insurance License No. 0C04363*



**Settlement Planners, Inc.**
8841 Williamson Drive
Ste. 30
Elk Groive, California 95624

# Settlement Proposal for: Hayden Hernandez (College Fund & LS)

| | | | | |
|---|---|---|---|---|
| Owner State : | Delaware (0.00% tax) | | Quote Date: | 05/29/2019 |
| Rate Series: | RB190401 | | Purchase Date: | 08/01/2019 |
| Rates Effective: | 04/01/2019 | | Expiration Date: | 06/05/2019 |
| Case Type: | Assigned | | | |

| For : Hayden Hernandez | | Female, Date of Birth: 05/29/2009, Age: 10 | |
|---|---|---|---|
| **Benefit Description** | Guaranteed Benefit | Expected Benefit | Cost |
| • College Fund •<br>**Period Certain Annuity** - $15,000.00 payable annually, guaranteed for 4 year(s), beginning on 05/29/2027 at age 18, with the last guaranteed payment on 05/29/2030 at age 21. | $60,000.00 | $60,000.00 | $45,696.75 |
| • Age 18 •<br>Guaranteed Lump Sum - $10,000.00 paid on 05/29/2027. | $10,000.00 | $10,000.00 | $8,063.40 |
| • Age 22 •<br>Guaranteed Lump Sum - $25,000.00 paid on 05/29/2031. | $25,000.00 | $25,000.00 | $17,298.50 |
| • Age 25 •<br>Guaranteed Lump Sum - $45,662.14 paid on 05/29/2034. | $45,662.14 | $45,662.14 | $28,191.35 |
| **Subtotal For: Hayden Hernandez** | **$140,662.14** | **$140,662.14** | **$99,250.00** |

| SUMMARY INFORMATION | | | | |
|---|---|---|---|---|
| | Guaranteed Benefit | Expected Benefit | Cost | IRR |
| ANNUITY COST | | | $99,250.00 | |
| Assignment Fee | | | $750.00 | |
| TOTAL ANNUITY COST W/ FEES | $140,662 | $140,662 | $100,000.00 | 3.05% |
| Case IRR 3.05% | | | | |

*The life expectancy used for this quote assumes an average life expectancy for all persons of the age illustrated. The life expectancy is based on standard actuarial assumptions.*


# MetLife

Settlement Planners, Inc.
8841 Williamson Drive
Ste. 30
Elk Groive, California 95624

## Settlement Proposal for: Hayden Hernandez (Monthly Stipend & LS)

| | | | | |
|---|---|---|---|---|
| Owner State: | Delaware (0.00% tax) | | Quote Date: | 05/29/2019 |
| Rate Series: | RB190401 | | Purchase Date: | 08/01/2019 |
| Rates Effective: | 04/01/2019 | | Expiration Date: | 06/05/2019 |
| Case Type: | Assigned | | | |

| For: Hayden Hernandez | | Female, Date of Birth: 05/29/2009, Age: 10 | |
|---|---|---|---|
| **Benefit Description** | Guaranteed Benefit | Expected Benefit | Cost |
| • Monthly Stipend •<br>**Period Certain Annuity** - $750.00 payable monthly, guaranteed for 8 year(s), beginning on 05/29/2031 at age 22, with the last guaranteed payment on 04/29/2039 at age 29. | $72,000.00 | $72,000.00 | $43,035.25 |
| • Age 18 •<br>Guaranteed Lump Sum - $10,000.00 paid on 05/29/2027 | $10,000.00 | $10,000.00 | $8,063.40 |
| • Age 22 •<br>Guaranteed Lump Sum - $25,000.00 paid on 05/29/2031. | $25,000.00 | $25,000.00 | $17,298.50 |
| • Age 25 •<br>Guaranteed Lump Sum - $49,973.03 paid on 05/29/2034. | $49,973.03 | $49,973.03 | $30,852.85 |
| **Subtotal For: Hayden Hernandez** | **$156,973.03** | **$156,973.03** | **$99,250.00** |

### SUMMARY INFORMATION

| | Guaranteed Benefit | Expected Benefit | Cost | IRR |
|---|---|---|---|---|
| ANNUITY COST | | | $99,250.00 | |
| Assignment Fee | | | $750.00 | |
| TOTAL ANNUITY COST W/ FEES | $156,973 | $156,973 | $100,000.00 | 3.22% |
| Case IRR 3.22% | | | | |

*The life expectancy used for this quote assumes an average life expectancy for all persons of the age illustrated. The life expectancy is based on standard actuarial assumptions.*

| | | |
|---|---|---|
| Quote ID: Hayden Hernandez (Monthly Stipend & LS)<br>Prepared by: Richard Bishop | May 29, 2019<br>Page 1 of 1 | Settlement Planners, Inc<br>MetLife Version v10.00/r10.00 |

 **MetLife**

**Settlement Planners, inc.**
4984 El Camino Real, Suite 210
Los Altos, California 94022
(650)494-2413

# Settlement Proposal for: Hayden Hernandez (LS)

| | | | | |
|---|---|---|---|---|
| Owner State: | Delaware (0.00% tax) | | Quote Date: | 05/29/2019 |
| Rate Series: | RB190401 | | Purchase Date: | 08/01/2019 |
| Rates Effective: | 04/01/2019 | | Expiration Date: | 06/05/2019 |
| Case Type: | Assigned | | | |

For: Hayden Hernandez — Female, Date of Birth: 05/29/2009, Age: 10

| Benefit Description | Guaranteed Benefit | Expected Benefit | Cost |
|---|---|---|---|
| Age 18 • Guaranteed Lump Sum - $10,000.00 paid on 05/29/2027. | $10,000.00 | $10,000.00 | $8,063.40 |
| Age 22 Guaranteed Lump Sum - $25,000.00 paid on 05/29/2031 | $25,000.00 | $25,000.00 | $17,298.50 |
| • Age 25 Guaranteed Lump Sum - $50,000.00 paid on 05/29/2034. | $50,000.00 | $50,000.00 | $30,869.50 |
| • Age 30 Guaranteed Lump Sum - $84,559.11 paid on 05/29/2039. | $84,559.11 | $84,559.11 | $43,018.60 |
| **Subtotal For: Hayden Hernandez** | **$169,559.11** | **$169,559.11** | **$99,250.00** |

### SUMMARY INFORMATION

| | Guaranteed Benefit | Expected Benefit | Cost | IRR |
|---|---|---|---|---|
| ANNUITY COST | | | $99,250.00 | |
| Assignment Fee | | | $750.00 | |
| TOTAL ANNUITY COST W/ FEES | $169,559 | $169,559 | $100,000.00 | 3.31% |
| Case IRR 3.31% | | | | |

*The life expectancy used for this quote assumes an average life expectancy for all persons of the age illustrated. The life expectancy is based on standard actuarial assumptions.*

*This quote is pre-approved by MetLife even though the normal guidelines are not satisfied.*