JOHN L. BURRIS, Esq., SBN 69888
BEN NISENBAUM, Esq., SBN 250055
MELISSA C. NOLD, Esq., SBN 301378
PATRICK M. BUELNA, Esq., SBN 317043
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200 Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
BNisenbaum@gmail.com
Melissa.Nold@johnburrislaw.com
Patrick.Buelna@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERNANDEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SACRAMENTO, et al., <br><br> Defendants. | Case No.: 2:17-cv-02311-JAM-DB <br><br> **PETITION TO JENNIFER HERNANDEZ AS MINOR H.E.'S GUARDIAN AD LITEM AND TO COMPROMISE MINOR H.E.'S CLAIMS** <br><br> **Honorable Judge John A. Mendez** |

Petitioner JENNIFER HERNANDEZ respectfully represents and requests:

1. Petitioner JENNIFER HERNANDEZ is biological mother and caretaker of minor Plaintiff H.E.

1

2. Minor Plaintiff has causes of action against the named defendants herein on which a lawsuit was brought in this court for violation of civil rights under Federal and State statutes.

3. Minor Plaintiff's causes of action arise out of the March 6, 2017 incident wherein named Defendants chased unarmed John Hernandez from the front of a convenience store into a hospital hallways, beat, tased and asphyxiated him. The minor Plaintiff H.E. sustained the damages described in the operative Complaint, including the loss of her familial relationship to her father. There are no outstanding liens or loans related to this incident.

4. No previous petition for appointment of guardian ad litem with respect to the Minor has been filed in this matter.

5. Petitioner is willing to serve as the Minor's Guardian Ad Litem as denoted above. Petitioner is fully competent to understand and protect the rights of the Minor.

6. Plaintiff John Hernandez and Plaintiff H.E. reached have reached a global settlement in this matter in the amount of $5,200,000.00 for the two plaintiffs. The parties agreed amongst themselves to apportion the settlement as follows: $5,000,000 for John Hernandez for his injuries and future medical costs; and, $200,000 for Plaintiff H.E.'s loss of her familial relationship with her father, John Hernandez. Jennifer Hernandez as guardian ad litem for H.E. approved of this settlement and apportionment. Minor Plaintiff H.E.'s shares will be structured as set forth below.

| | |
|---|---|
| Plaintiff H.E.: | $ 200,000.00 |
| Attorneys fees (25%): | $ -50,000.00 |

Plainitff H.E.'s net recovery     $150,000.00

7. From the net recovery $100,000 will be placed in a structured settlement account. (See attached as Exhibit A). The remaining $ 50,000.00 shall be placed in separate interest-bearing blocked trust at an FDIC insured banking institution for the benefit of Minor Plaintiff H.E. Every year on her father's birthday, February 10, there will be disbursed $3,000 to Plaintiff H.E. from the blocked account. Plaintiff is 10 years old now, so over the next 7 years approximately $21,000 will be disbursed. The remaining balance in the blocked account shall be payable to Minor Plaintiff H.E. on her 18th birthday.

8. This petition was prepared by the Law Offices of John L. Burris, John Burris, Ben Nisenbaum, Melissa Nold and Patrick Buelna the lead counsels representing plaintiffs in this action. John L. Burris, Esq., Ben Nisenbaum, Esq., Melissa C. Nold, and Patrick M. Buelna, Esq. hereby represent to the Court that they became involved in this case at the request of plaintiffs, and have not received, and do not expect to receive any compensation for their services in connection with this action from any person other than the parties whom they represent in this action. The Counsels of Record for Plaintiff have reviewed and recommend this settlement and appointment as well.

9. Petitioners and their counsel have made a careful and diligent inquiry and investigation to ascertain the facts relating to the subject incidents, the responsibility therefore, and the nature and extent of injury to the minor plaintiff, and fully understand that if the compromise herein proposed is approved by the Court and is consummated, said minor plaintiff will be forever barred and prevented from seeking any further recovery of compensation as

against defendants City of Sacramento, et al., in this action, even if said minor's losses and injuries might in the future prove to be more serious than they are now thought to be.

10. Petitioner recommends this compromise settlement to the Court as being fair, reasonable, and in the best interests of said minor plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 1, 2019      **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ Ben Nisenbaum
Ben Nisenbaum
Attorneys for Plaintiffs

4

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERNANDEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SACRAMENTO, et al. <br><br> Defendants. | CASE NO.: 2:17-cv-02311-JAM-DB <br><br> **PLAINTIFFS ORDER TO APPOINT JENNIFER HERNDANEZ AS GUARDIAN AD LITEM AND APPROVE MINOR H.E.'S COMPROMISE** <br><br> **Honorable Judge John A. Mendez** |

## ORDER

The petition of JENNIFER HERNDANDEZ ("Petitioner") for appointment of Guardian ad litem and for the approval of the proposed compromise of minor H.E. (date of birth 2002) claim against defendants CITY OF SACRAMENTO, et al., (hereinafter collectively referred to as "Payors"). Upon the evidence introduced, the court finds that the facts set forth in said petition are correct and that it is in the best interests of the Minor that said claim be compromised and settled for the amount stated in the petition and that the proceeds of such settlement be paid, distributed, and deposited in the manner hereinafter specifically provided.

IT IS THEREFORE ORDERED:

    A. **JENNIFER HERNANDEZ** is hereby appointed Guardian Ad Litem to prosecute and compromise the claims of Minors H.E. in this action.

    B. That Payors will issue checks in the total amount of $200,000.00 (Two Hundred Thousand Dollars and Zero Cents) to settle the claims of the Plaintiff H.E.. That Plaintiff H.E. will receive an apportionment of $200,000 of the total settlement consistent with the parties' agreement between themselves.

5

C. Upon court approval, the Law Offices of John L. Burris shall disburse the settlement proceeds as follows:

The Court hereby approves the Petition to Compromise Minor H.E., and orders as follows:

1. Payment of Fees and Expenses on Behalf of Minor, K.J.C.

a. Attorney's fees payable to the Law Offices of John L. Burris: $50,000.00.

2. Balance

From the net recovery $100,000 will be placed in a structured settlement account. (See attached as Exhibit A). The remaining $ 50,000.00 shall be placed in separate interest-bearing blocked trust at an FDIC insured banking institution for the benefit of Minor Plaintiff H.E. Every year on her father's birthday, February 10, there will be disbursed $3,000 to Plaintiff H.E. from the blocked account. Plaintiff is 10 years old now, so over the next 7 years approximately $21,000 will be disbursed. The remaining balance in the blocked account shall be payable to Minor Plaintiff H.E. on her 18th birthday.

DATED: July 9, 2019

_____
HONORABLE JOHN A. MENDEZ
United States District Court Judge