PATRICK BUELNA, ESQ., SBN 317043
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERNANDEZ, et al. | Case No. 2:17-cv-02311-JAM-DB |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS DEFENDANTS** |
| vs. | |
| CITY OF SACRAMENTO, et al. | |
| Defendant(s). | |

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice in its entirety and as to each and every defendant, including the Defendant CITY OF SACRAMENTO, ALLISON CUNNINGHAM, DANIEL PAIZ, KEVIN SPRING, ISMAEL VILLEGAS, MICHAEL HIGHT, ROBERT HARRISON AND CASEY DIONNE pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties stipulate for each party to bear its own attorney's fees and costs.

Dated:  April 13, 2022

                                                        By:  /s/*Patrick M. Buelna*
                                                           Patrick M. Buelna, Esq.

STIPULATION AND PROPOSED ORDER TO DISMISS DEFENDANTS

Attorney for Plaintiff

/
/
/

Dated: April 13, 2022

By:   /s/*Chance Trimm* (Auth. 4-13-2022)
     CHANCE TRIMM
     Attorneys for Defendants

**IT IS SO ORDERED**:

Dated: April 14, 2022           /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE